

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00385-CV

| | | |
|---|---|---|
| CHARLES GLEN HYDE, NORTHWEST REGIONAL AIRPORT, INC., TEXAS AIR CLASSICS, INC., DREAMSHIPS, INC., AND HYDE-WAY, INC., Appellants | § § § | On Appeal from the 16th District Court of Denton County (16-05997-16) |
| V. | § | December 20, 2018 |
| NORTHWEST REGIONAL AIRPORT PROPERTY OWNERS ASSOCIATION, INC., Appellee | § § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the final judgment of the trial court is reversed, and we render a declaratory judgment in favor of the Appellants, Charles Glen Hyde, NW Regional Airport, Inc., Texas Air Classics, Inc., Dreamships, Inc., and Hyde-Way, Inc., that the Integrated Deed Restrictions are invalid and unenforceable and that the Appellee, Northwest Regional Airport Property Owners Association, Inc., lacks the authority to financially obligate the property owners at the

Northwest Regional Airport, and the case is remanded to the trial court to reconsider its award of attorneys' fees.

It is further ordered that Appellee Northwest Regional Airport Property Owners Association, Inc. shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
Justice Bill Meier